# Court of Appeals
# of the State of Georgia

ATLANTA,  May 21, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1585.  KEALY WILLIAMS v. THE STATE.**

In May 2011, Kealy Williams was convicted of several offenses, including malice murder, and was sentenced to life imprisonment.  On February 27, 2018, he filed a notice of appeal to this Court, in which he appears to challenge various rulings by the trial court.

Under our Constitution, however, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court.  See OCGA § 16-5-1 (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, Williams's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/21/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*